**Appeal No.    2018AP1165**

Cir. Ct. No.  2016CV2542

**STATE OF WISCONSIN**

**IN COURT OF APPEALS**
**DISTRICT I**

---

**JOSE M. CORREA,**

      **PLAINTIFF-RESPONDENT,**

**KITTY RHOADES SECRETARY OF STATE OF WISCONSIN**
**DEPARTMENT OF HEALTH SERVICES,**

      **INVOLUNTARY-PLAINTIFF-RESPONDENT,**

  **V.**

**WOODMAN'S FOOD MARKET,**

      **DEFENDANT-APPELLANT,**

**UNITED HEALTHCARE OF WISCONSIN, INC.,**

      **DEFENDANT-RESPONDENT.**

FILED

July 10, 2019

Sheila T. Reiff
Clerk of Court of Appeals

---

## ERRATA SHEET

---

Sheila T. Reiff
Clerk of Court of Appeals
P.O. Box 1688
Madison, WI 53701-1688

Jenny Andrews, Sarah Motiff
Court of Appeals
Ten East Doty Street, Suite 700
Madison, WI  53703

Court of Appeals District I
330 East Kilbourn Avenue, Suite 1020
Milwaukee, Wisconsin   53202-3161

Court of Appeals District II
2727 N. Grandview Blvd.
Waukesha, WI  53188-1672

Court of Appeals District III
2100 Stewart Ave., Suite 310
Wausau, WI   54401

Court of Appeals District IV
Ten East Doty Street, Suite 700
Madison, WI  53703

Hon. William Sosnay
Circuit Court Judge
Milwaukee County Courthouse
901 N. 9th St.
Milwaukee, WI 53233

John Barrett
Clerk of Circuit Court
901 N. 9th Street, Room G-8
Milwaukee, WI 53233

Duffy Dillon
Duffy Dillon Law Office LLC
466 Midland Ct.
Janesville, WI 53546

Jesus G.Q. Garza
Wisconsin Department of Health
Services
1 W. Wilson St., Rm. 651
Madison, WI 53703

Eric Matthew Knobloch
Gruber Law Offices, LLC
100 E. Wisconsin Ave., Ste. 2800
Milwaukee, WI 53202

Matthew S. Mayer
Mallery & Zimmerman, S.C.
P.O. Box 479
Wausau, WI 54402-0479

Michael J. Cerjak
Cannon & Dunphy, S.C.
595 N. Barker Road
Brookfield, WI 53008

James D. Rogers
Wisconsin Association for Justice
14 W. Mifflin St., Suite 207
Madison, WI 53703

PLEASE TAKE NOTICE that corrections were made to footnote 2 and paragraph 15 in the above-captioned opinion, which was released on June 25, 2019. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.